## Clara M. Russell, Appellee, v. George Ortseifen, Appellant.

**Gen. No. 42,381.**

Heard in the third division, first district, this court at the October term, 1942; opinion filed April 26, 1944. Abraham Lepine, for appellant; Elliodor M. Libonati, for appellee; Abraham Miller, of counsel. Opinion by PRESIDING JUSTICE HEBEL. **Not to be published in full.**

## People of the State of Illinois, Defendant in Error, v. Michael Healy and Walter O'Brien, Plaintiff in Error.

**Gen. No. 42,606.**

Heard in the third division, first district, this court at the April term, 1943; opinion filed April 26, 1944. Benedict J. Short and Ode L. Rankin, for plaintiffs in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE HEBEL. **Not to be published in full.**